# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL THOMAS LITTLE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
STEVEN GRIERSON, CLERK FO THE
DISTRICT COURT,
Real Party in Interest.

No. 68762

FILED

JAN 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of certiorari, writ of prohibition and writ of mandamus.

Petitioner Michael Little argues that there was insufficient evidence to support his misdemeanor convictions, the complaint contained the wrong code, and his due process rights were violated because the State did not agree to a continuance on the date of trial despite someone informing him by telephone that they would agree to a continuance. These claims were not cognizable in a petition for a writ of certiorari as NRS 34.020(3) limits this court's review of a misdemeanor appeal to challenges to the constitutionality or validity of the statute or ordinance passed upon by the district court.

Regarding Little's claim that the clerk of the district court should be directed to cease issuing remittiturs from misdemeanor appeals prior to entry of a written order, this claim is moot as the prematurely-issued remittiturs in this case were stricken by the court, and we are

16-01284

confident that the clerk of the court will henceforth recognize that a remittitur from a misdemeanor appeal should issue only after entry of a signed, written order resolving the appeal.

Regarding Little's request that Judge Bare be directed to recall the prematurely-issued remittiturs, this request is moot. The prematurely-issued remittiturs were stricken by the court. In a supplement to his petition, Little complains that Judge Bare erred in issuing signed, written orders before actually striking the prematurely-issued remittiturs. We have considered this claim, and we conclude that judicial economy and sound judicial administration militate against issuing a writ to correct this alleged error.[1] *See Redeker v. Eighth Judicial Dist. Court*, 122 Nev. 164, 167, 127 P.3d 520, 522 (2006). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.    _____, J.
Saitta                          Pickering


cc:    Hon. Rob Bare, District Judge
       Michael Thomas Little
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We further deny Little's request that the district court receive procedural training regarding the processing of misdemeanor appeals.